In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title to Lands Required for the Opening of Titus Street in the Borough of Queens, City of New York.

MAX C. BURGER, as Administrator with the Will Annexed of LOUISA BURGER, Deceased, Appellant; THE COMPTROLLER OF THE CITY OF NEW YORK et al., Respondents.

*Matter of City of New York (Titus Street)*, 163 App. Div. 973, affirmed.

(Argued September 29, 1914; decided October 13, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 12, 1914, which affirmed an order of Special Term denying a motion for an order directing payment of interest on an award made in a street opening proceeding.

*Benjamin Trapnell* for appellant.

*Frank L. Polk, Corporation Counsel (Joel J. Squier, John J. Kearney* and *George E. Draper* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.